THE HONORABLE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| KEVIN SCOTT BJORNSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EQUIFAX INC.; DISCOVER CARD; USAA CREDIT CARD; BANK OF AMERICA; and FIRST NATIONAL BANK CARD,<br><br>　　　　Defendants. | Case No. 3:20-CV-05449-RJB<br><br>**(PROPOSED) ORDER GRANTING DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

THIS MATTER came before the Court on Defendant Bank of America, N.A.'s Motion to Dismiss Plaintiff's Complaint. The Court, having considered the motion, response, reply and the files and records herein, NOW THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's motion is GRANTED, and the claims against Defendant Bank of America, N.A. are hereby DISMISSED.

ORDERED this _____ day of _____, 2020.

_____
ROBERT J. BRYAN
UNITED STATES DISTRICT COURT JUDGE

ORDER OF DISMISSAL AS TO PLAINTIFF'S
COMPLAINT AGAINST DEFENDANT BANK OF
AMERICA, N.A. - 1
574830-0038/4852-0842-9763.1

**Miller Nash Graham & Dunn llp**
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

| | |
|---|---|
| 1 | Presented by: |
| 2 | *s/Daniel J. Oates*<br>Daniel J. Oates, WSBA No. 39334 |
| 3 | *s/Katie Loberstein*<br>Katie Loberstein, WSBA No. 51091 |
| 4 | MILLER NASH GRAHAM & DUNN LLP<br>Pier 70, 2801 Alaskan Way, Suite 300 |
| 5 | Seattle, WA  98121-1128<br>Tel:  (206) 624-8300 |
| 6 | Fax:  (206) 340-9599<br>Email: dan.oates@millernash.com |
| 7 | katie.loberstein@millernash.com |
| 8 | Attorneys for Defendant Bank of America, N.A. |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

ORDER OF DISMISSAL AS TO PLAINTIFF'S
COMPLAINT AGAINST DEFENDANT BANK OF
AMERICA, N.A. - 2
574830-0038/4852-0842-9763.1

**MILLER NASH GRAHAM & DUNN** LLP
Pier 70 ~ 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599